THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLINTON PANTON, JR., Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mollen, P. J., Bracken, Lawrence and Kooper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FEDERICO A. PEART, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mollen, P. J., Bracken, Lawrence and Kooper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RAYNER, Appellant.

The hearing court credited the testimony of the arresting officer. This testimony was not so inherently incredible or improbable as to lead this court to substitute its judgment for that of the hearing court (see, e.g., People v Owens, 111 AD2d